UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Edward Thomas Kennedy ††

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

James T. Muldowney
Stephen J. Marshall
James K. Reiley
Joseph A. Morton

**COMPLAINT** AND

Jury Trial: ☒ Yes ☐ No
(check one)

Demand for Jury Trial

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Edward Thomas Kennedy *
            Street Address    401 Tillage Road
            County, City      Lehigh, Breinigsville
            State & Zip Code  PA      18031
            Telephone Number  415  275  1244
            Email:            Kennedy2018 e Alumni.ND.ed

Rev. 10/2009

†† Chev. Rev. Edward Thomas Kennedy, priest and Papal Knight.

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name James T. Mulclouney
Street Address 401 North Second Street
County, City Schuylkill Pottsville
State & Zip Code PA 17901

Defendant No. 2
Name Stephen J. Hmishall
Street Address 37 Drium Road
County, City Lehigh Breinigsville
State & Zip Code PA 18031

Defendant No. 3
Name James K. Reiley
Street Address 200 North Centre St
County, City Schuylkill Pottsville
State & Zip Code PA 18031

Defendant No. 4
Name Joseph A. Morton
Street Address 401 North Centre Street
County, City Schuylkill Pottsville
State & Zip Code PA 18031

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions    ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Abuse of Legal process, due process violation, Malicious prosecution, Fixed to fail, Life Threatening, described as a "Bounced Check" Docket Attached.




# Magisterial District Judge 21-3-07

## DOCKET

Docket Number: MJ-21307-NT-0000253-2017

### Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Edward Thomas Kennedy

Page 1 of 1

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge James Reiley | Issue Date: | |
| OTN: | | File Date: | 04/24/2017 |
| Arresting Agency: | Pottsville Police Dept | Arrest Date: | |
| Citation #: | R 1065174-5 | Disposition: | |
| County: | Schuylkill | Disposition Date: | |
| Township: | Pottsville City | Case Status: | Inactive |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Inactive | 04/24/2017 | Awaiting Plea |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Kennedy, Edward Thomas | Sex: | Male |
| Date of Birth: | 10/25/1953 | Race: | White |

Address(es):
**Home**
Minersville, PA 17954

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Defendant | Kennedy, Edward Thomas |
| Arresting Officer | Murton, Joseph H. Jr. |

### CHARGES

| # Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|
| 1  18 § 4105 §§ A1 | S | Bad Checks | 04/05/2017 | |

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 05/10/2017 | Summons Issued | Magisterial District Court 21-3-07 | Edward Thomas Kennedy, Defendant |
| 05/10/2017 | First Class Summons Issued | Magisterial District Court 21-3-07 | Edward Thomas Kennedy, Defendant |
| 04/24/2017 | Non-Traffic Citation Filed | Magisterial District Court 21-3-07 | |

### CASE FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Case Balance: | $17.96 | Next Payment Amt: | |
| Last Payment Amt: | | Next Payment Due Date: | |

| Assessment Type | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| Postage - Case | $0.46 | $0.00 | $0.00 | $0.00 | $0.46 |
| Miscellaneous Issuances | $17.50 | $0.00 | $0.00 | $0.00 | $17.50 |

MDJS 1200

Printed: 10/13/2017 11:47 am

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Plaintiff is legal to the

Defendant(s) state(s) of citizenship United States And is a papal Knight and Roman Catholic priest

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?
461 Tillage Road, Breinigsville, PA 18031

B. What date and approximate time did the events giving rise to your claim(s) occur?
June 2, 2017, 2:30 PM.

C. Facts: This matter is malacious prosecution and abuse of legal process when Defendant tried to murder me, forcing me "Sovereign Citizen" which I hold immunity as both a papal Knight and ordained Roman Catholic priest, disguised a a Bad check, debt collection.

I have never bounced checks. I have no checking account on the dates charged. I am not a "resident" of Minersville on date cited. (MDJ 21-3-07 Docket Number And Case Summary Sheet Attached As exhibit A) Also. Plaintiff N Loyal to United States and my Church for I hold both a US passport and a diplomatic passport issued by my order on behalf of the Vatican.

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

1) Extreme stress + Trauma from. threat of death by Assailant Mrm slud plus 3 days in Lehigh County prison and Schuylkill County prison, where Assailant sent approx 24 police officers with guns, including Machine guns and threatened my life, to witness to testify at Trial.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

See Relief Attached, 1 page

Edward Thomas Kennedy,
Plaintiff.

vs.

Muldowney et.al
Defendants.

Relief

WHEREFORE, Plaintiff requests that this Court enter judgment against all the Defendants as follows; Defendant Marshall, 70% and all other defendants 10 percentage providing the following relief:

a recognize my lawful status as a Papal Knight and a Diplomat and Order and dismiss all criminal charges against me for harassment for I am a Priest and a Papal Knight and Diplomat have no means rea. I have no criminal mind and hold no criminal intention to harm anyone, past present or future.

b if possible from an accounting standpoint, please Order the return all Prison Bonds created and proceeds from all prison bonds created and / or return the principal and proceeds to my family in Frackville;

c if possible from an accounting standpoint, please Order returned of all intangible property taken by the Defendants or their agents from the Plaintiff to the Plaintiff.

d Order enjoining and restraining Defendants from further acts of litigation, discrimination or retaliation;

e Order compensatory damages or whatever amount deemed appropriate, suggest in excess of $2,000,000.00, 2 million US dollars to the Plaintiff;

f Father Edward Kennedy promises to sign a confidentiality agreement to keep secrets he has learned his loyalty lies with the United States and the Universal Church;

g As a Roman Catholic priest, my sacderdol duty is to preach scriptures and I preach unconditional love and unconditional forgiveness and I asked those that I forgive unconditionally will so forgive me unconditionally;

h forgive all the typos, punctuations, and grammar errors and all writings that weren't scholarly or lawyerly for the Plaintiff is disabled, cannot type well, has no administrative assistant assistance, and exclusively used voice recognition app technology provided by free by google.com.

i such other Order in for the relief the Court deems appropriate.

Respectfully submitted,
Chev. Rev. Edward Thomas Kennedy, Plaintiff.
kennedy@2018 @alumni.nd.edu, Phone: 415-275-1244.
address: 401 Tillage Road, Breinigsville Pennsylvania 18031

October 11, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12Th day of October, 2017.

Signature of Plaintiff  Ed. (R. Kennedy)
Mailing Address  401 Tillage Road
Breinigsville PA
18031
Telephone Number  415 · 275 1244
Fax Number *(if you have one)* _____
E-mail Address  Kennedy2018@
Alumni.ND.edu.

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

~~For Prisoners~~:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
~~Inmate Number~~ _____

Exhibit 1



**Stephen J. Marshall** *Sergeant*
Upper Macungie Township Police Department
37 Grim Road | Breinigsville, PA 18031
Phone: 484-661-5911 | Fax: 610-395-9837
Email: smarshall@uppermac-pd.org

*Exhibit 2a* (handwritten)

## PROOF OF PUBLICATION

### THE TIMES NEWS, LLC

### LEHIGHTON, CARBON COUNTY, PENNSYLVANIA
### TAMAQUA, SCHUYLKILL COUNTY, PENNSYLVANIA

Commonwealth of Pennsylvania   )
                               )  ss.
County of Carbon               )

say:                                Scott A. Masenheimer, being duly sworn according to law does depose and

1. THAT The Times News, LLC is a newspaper of general circulation published each weekday, except holidays, by Pencor Services, Inc. Its places of business are Lehighton, Carbon County, Pennsylvania and Tamaqua, Schuylkill County, Pennsylvania.

2. THAT The Times News, LLC was established on May 1, 1967, as the immediate successor to the Jim Thorpe-News, which was established on April 1, 1927.

3. THAT the affiant is the General Manager, of The Times News, LLC and as such is authorized by the publisher, Pencor Services Inc., to take this affidavit.

4. THAT the affiant is not interested in the subject matter of the notice or advertising.

5. THAT all of the allegations of this affidavit as to time, place and character of publication are true.

6. THAT copy of the notice or advertising attached hereto was printed and published in the regular daily editions and issues of The Times News, LLC on the following dates:

SEPTEMBER 28, 29 & 30, 2017

PUBLIC NOTICE
My title is "Chevallier Reverend."
Chevallier Reverend Edward Thomas Kennedy
Sept. 28, 29, 30

*Scott A. Masenheimer* (signature)

Sworn to and subscribed before me, this 2nd day of October A.D., 2017

*Patti L. Solt* (signature)

NOTARIAL SEAL
Patti L. Solt, Notary Public
Borough of Lehighton, Carbon County
My Commission Expires March 17, 2019

Exhibit 2B

## Holy Catholic Church of the East
### Vicarate of Nevis Island & Ecuador

By the Grace of God, we inform that in accordance with canonical laws and traditions of the Ancient Holy Church of the East, we certify through this instrument the **Ordination of Priesthood**

Edward T. Kennedy

(Apostle Ecclesiastic no. 1005115)       Date Nov 17th 2012

Diocese of the Sacred Medical Order
of the Church of Hope
www.smoch.org                              Authorized Bishop



PASSPORT
PASSEPORT
PASAPORTE

THE SACRED MEDICAL ORDER OF THE KNIGHTS OF HOPE

Passport No. / Passporte No.   QS01003115

NAME OF BEARER / NOM DU TITULAIRE / APPELIDOS
KENNEDY

Given Names / Nombre
EDWARD THOMAS

Nationality / Nacion   UNITED STATES OF AMERICA

Place of Birth / Lugar de Naci.   PENNSLYVANIA

Sex / Sexe / Sexo   MALE

Date of Birth / Fecha de Nacimiento   25 OCT 1953

Date of Issue / Fecha de Expedicion   13 SEP 2012

Date of Expiry / Fecha de Expiracion   13 SEP 2017

Issuing Authority / Autoridad Expedidora: Sovereign Council

P<QSOKENNEDY<<EDWARD<THOMAS<<<<<<<<<<<<<<<<<<
QS01003115<0USA5310251M1709113<<<<<<<<<<<<<<06

### THE SACRED MEDICAL ORDER OF THE KNIGHTS OF HOPE
ORDEN MEDICA SAGRADA DE CABALLEROS DE ESPERANZA

**IMPORTANT**
This document is valid in all countries unless otherwise restricted. It is not transferable. It is for the sole use by the person to whom it is issued. The person to it is issued must sign his or her name immediately upon receipt. This document is not valid unless it is signed.

**IMPORTANTE**
El presente documento es valido par viajar por todos los paises, salvo indicaciones contrarias. Es intransferible. Unicamente la persona para la cual ha sido expedido puede utilizarlo. El titular debe ser firmado al instante de recibirlo. Est documento no es valido sina la firma del titular.

TYPE OF PASSPORT
___ Personal  ✓ Diplomatic

Profession of Holder: _____

Authorization: _____

seal