United States District Court
for the
Eastern District of Pennsylvania

Edward Thomas Kennedy
            Plaintiff.

v.                                                              Case Number 174599

James T. Muldowney, et. al.
            Defendants.

Notice

1. Plaintiff requests this case to stop immediately, and apologizes to all.

2. Plaintiff filed this prior to agreements made on October 18th 2017 and hereby withdraws the Complaint against all defendants, or simply requests this become a nonsuit.

3. Plaintiff has 11 years of service as a Papal Knight, Sacred Medical Order Knights of HOPE, Hospitaller Order of Physicians & Ecclesiae, and 4 years of service as an ordained Roman Catholic priest. Eastern Rite. My title is Chevallier Reverend, but this matter is signed as originally signed on a form.

4. Plaintiff is scheduled to take the LSAT exam on December 2nd at Muhlenberg College in Allentown with the intent and expectation of attending Law School in Fall 2018 and sincerely respects the Pennsylvania Bar Association and its value to society and social stability. Forgive me please as I forgive all who intended to hurt me.

*[signature]*
Edward Thomas Kennedy
401 Tillage roed
Breinigsville, PA 18031
Phone: 4152751244.
Email: kennedy2018@alumni.nd.edu.

FILED
OCT 23 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk