# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES T. MULDOWNEY, et al., | : | NO. 17-4599 |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of November, 2017, plaintiff having filed a "Notice" (ECF No. 2), which the Court has construed as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a), it is ORDERED that this case is DISMISSED without prejudice. The Clerk of Court shall CLOSE this case.

BY THE COURT:

C. DARNELL JONES, II, J.